AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)  PAYNE, JAMES H | 2. Court or Organization  U.S.D.C.(EAST/NORTH/WEST OKLA) | 3. Date of Report  03/28/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. DISTRICT JUDGE (active) * | 5. ReportType (check appropriate type)  ○ Nomination,    Date  ○ Initial    (●) Annual    ○ Final | 6. Reporting Period  01/01/2004  to  12/31/2004 |
| 7. Chambers or Office Address  201 U.S. COURTHOUSE  P.O. BOX 2459  MUSKOGEE, OKLAHOMA 74402 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

RECEIVED 2005 APR -4 P 3: 51 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PAYNE, JAMES H | 03/28/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | $0 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, JAMES H | 03/28/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. 4TH STREET BUILDING CORP, Muskogee, OK (1989) | C | Dividend | L | Q | | | | | |
| 2. ▨ACRE FARM - Stonewall Co., TX (1/8 interest) | A | Rent | L | W | | | | | |
| 3. BANCFIRST (formerly City Bank) Muskogee, OK. SAVINGS | A | Interest | J | T | | | | | |
| 4. BANCFIRST (formerly City Bank) Muskogee, OK SAVINGS | A | Interest | J | T | | | | | |
| 5. COMMERCIAL REAL ESTATE - ▨Acres Muskogee, OK (1/5 int) | A | Rent | K | W | | | | | |
| 6. EDWARD D. JONES CO - Muskogee, OK - MONEY MARKET | A | Interest | J | T | | | | | |
| 7. Wal-Mart Stores, Inc. (WMT) STOCK | A | Dividend | K | T | | | | | |
| 8. UTS Van Kampen Merritt ANNUITY | A | Dividend | J | T | | | | | |
| 9. Anchor Nat'l ANNUITY | B | Dividend | K | T | | | | | |
| 10. AmCap Fund,Inc.(AHITX) MUTUAL FUND (HIGH INCOME) * | A | Dividend | K | T | | | | | |
| 11. Polaris Variable -ANNUITY | A | Dividend | K | T | | | | | |
| 12. American Mutual Fund CLA (AMRMX) * | B | Dividend | K | T | | | | | |
| 13. Vodafone (Vod) STOCK | A | Dividend | J | T | | | | | |
| 14. Edison, Int'l (EIX) STOCK | A | Dividend | J | T | | | | | |
| 15. Pepsico (PEP) STOCK | C | Dividend | M | T | | | | | |
| 16. Tricon Global (Yum) STOCK | A | Dividend | K | T | | | | | |
| 17. SBC Commun (SBC) STOCK | B | Dividend | L | T | | | | | |
| 18. AmCapFund CLA (AMCPX) MUTUAL FUND * | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)   U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, JAMES H | 03/28/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Oracle (ORCL) STOCK | A | Dividend | K | T | | | | | |
| 20. Hewlett Packard Co. (HPQ) STOCK * | A | Dividend | J | T | | | | | |
| 21. Staples (SPLS) STOCK | A | Dividend | | | Sell | 02/05 | J_ | B | |
| 22. Oneok (OKE) STOCK | A | Dividend | J | T | | | | | |
| 23. Pfizer, Inc. (PFE) STOCK | A | Dividend | J | T | | | | | |
| 24. Washington Mutual Investors MUTUAL FUND | A | Dividend | J | T | | | | | |
| 25. Williams Co., Inc.(WMB)STOCK | A | Dividend | J | T | | | | | |
| 26. Cisco (CSCO) STOCK | A | Dividend | J | T | | | | | |
| 27. EuroPacific Growth (AEPGX) MUTUAL FUND (X) | A | Dividend | J | T | | | | | |
| 28. Putnam New C (PNCAX) MUTUAL FUND | A | Dividend | J | T | | | | | |
| 29. Putnam New Opp (PNOPX) MUTUAL FUND | A | Dividend | J | T | | | | | |
| 30. Delta Airlines (DAL) STOCK | A | Dividend | | | Sell | 12/30 | J | A | |
| 31. European Growth Port 00A MUTUAL FUND | A | Dividend | J | T | | | | | |
| 32. John Hancock Growth MUTUAL FUND | A | Dividend | J | T | | | | | |
| 33. ML Growth Fund CLB MUTUAL FUND | A | Dividend | J | T | | | | | |
| 34. Alliance DDFD-Corp. Bond Port CLB MUTUAL FUND | A | Dividend | K | T | | | | | |
| 35. ML Banking Advantage MONEY MARKET | B | Interest | K | T | | | | | |
| 36. CMA Money Fund MONEY MARKET | A | Interest | K | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PAYNE, JAMES H | 03/28/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Puerto Rico Cmwlth IFA MUN. BOND | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PAYNE, JAMES H | 03/28/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

10. Formerly identified as AmCapFund,Inc. MUTUAL FUND (HIGH INCOME)

12. Formerly identified as American Mutual Funds, Inc.

18. Formerly identified as AmCapFund - MUTUAL FUND

20. Formerly owned Compaq Computers (CPQ) stock converted to Hewlett Packard Co. (HPQ) as a result of merger in May 2002.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PAYNE, JAMES H | 03/28/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____     Date    03-28-2005 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544